# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KATHIE McISAAC,         ) | |
|     Plaintiff            ) | |
|                          ) | |
| v.                      ) | CIVIL ACTION NO. 05-196-P-S |
|                          ) | |
| JO ANNE B. BARNHART,    ) | |
| Commissioner of Social  ) | |
| Security,               ) | |
|     Defendant            ) | |

## ORDER UNDER SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) REVERSING AND REMANDING THIS MATTER TO THE COMMISSIONER

Pursuant to the power of this Court to enter an order and judgment affirming, modifying or reversing the Commissioner's decision with a remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the defendant's request to remand this matter for further administrative proceedings, it is ordered that, upon remand, the Commissioner will return the matter to an Administrative Law Judge (hereinafter "ALJ") to re-assess Plaintiff's residual functional capacity, providing specific references to evidence of record in support of the assessed limitations; re-evaluate Plaintiff's ability to return to her past relevant work; and, if necessary, secure additional vocational expert testimony to identify jobs that exist in significant numbers in the national and/or regional economy that Plaintiff can perform despite her assessed limitations.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. section 405(g) with a remand of the cause to the Commissioner for further proceedings.  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                   /s/ George Z. Singal
                                                   Chief U.S. District Judge

Dated: April 26, 2006.